# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                         )
           Plaintiff     )     CRIMINAL NO. _08mj 2146_
                         )
                         )          ORDER
     vs.                 )
                         )     RELEASING MATERIAL WITNESS
Carlos Antonio           )
   Gomez-Enriquez        )     Booking No.
         Defendant(s)    )
_____  )


On order of the United States District/Magistrate Judge.  **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Daniel Simbron-Hernandez


DATED: _7/29/08_

                              LOUISA S. PORTER

                              _____
                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____              OR
              DUSM

                              W. SAMUEL HAMRICK, JR.   Clerk

                              by _____
                                          Deputy Clerk

                              R. F. MESSIG

☆ U.S. GPO: 2003-581-774/70082