AO 455 (Rev. 5/85)  Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN  DISTRICT OF CALIFORNIA**

FILED

JUL 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CARLOS ANTONIO GOMEZ-ENRIQUEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 2503-L

I, CARLOS ANTONIO GOMEZ-ENRIQUEZ, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on  7/29/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer